Daniel Jacobs
CA Bar No. 295494
P.O. Box 5273
Los Angeles, CA 90296
AttorneyJacobs@twc.com
Telephone: (310) 338-7415
Facsimile: (310) 338-2843
*Attorney for Plaintiff Lawrence P. Kalbers*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. KALBERS, | )<br>)<br>) No. 2:18-CV-8439 FMO(PJWx)<br>) |
| Plaintiff, | ) |
| v. | )<br>) MOTION FOR VAUGHN INDEX<br>) |
|  | ) Hearing: July 11, 2019 at 10:00 A.M. |
| U.S. DEPARTMENT OF JUSTICE, | )<br>) Honorable Fernando Olguin |
| Defendant | ) |

    Pursuant to Rule 7(b), Fed. R. Civ. P., Plaintiff respectfully moves for an order requiring Defendant to prepare and file a complete <u>Vaughn</u> Index, for the reasons set forth, and as more fully described, in the accompanying memorandum and points of authorities.

    A proposed order is filed herewith.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 4, 2019.

Dated: June 11, 2019					Respectfully submitted,

/s/ _____
Daniel Jacobs
CA Bar No. 295494
P.O. Box 5273
Los Angeles, CA 90296
AttorneyJacobs@twc.com
Telephone: (310) 338-7415
Facsimile: (310) 338-2843
*Attorney for Plaintiff Lawrence P. Kalbers*

2