# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. KALBERS, <br><br> Plaintiff, <br><br> v. <br><br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant | No. 2:18-CV-8439 FMO(PJWx) <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR VAUGHN INDEX** <br><br> **Hearing: July 11, 2019, at 10:00 A.M.** <br><br> **Honorable Fernando Olguin** |

Having reviewed Plaintiff's Motion for Vaughn Index and Memorandum in Support thereof, the Court hereby GRANTS the Motion.

It is hereby ORDERED that within thirty (30) days of the date hereof:

1. Defendant shall in good faith review all of the records requested by Plaintiff under FOIA, to include all of the documents voluntarily submitted to the Justice Department by Volkswagen, through its counsel Jones Day, and all of the reports submitted by the independent monitor/auditor, arising out of the civil and criminal environmental enforcement actions against the company for evading U.S. emissions standards and covering up its actions.

2. In the course of this review under paragraph 1 above, Defendant shall in good faith consider with respect to each document whether a FOIA exemption applies, and, if so, whether it is reasonably foreseeable that

disclosure of the document would harm a protected interest. Defendant shall in good faith also consider whether partial disclosure of information is possible and shall take all reasonable steps to segregate and release nonexempt information.

3. Defendant shall in good faith release to Plaintiff all documents described in paragraph 1 above that are not genuinely exempt from disclosure under FOIA, and all reasonably segregable portions of such documents that are genuinely exempt in part from disclosure under FOIA.

4. Defendant shall in good faith prepare and file a <u>Vaughn</u> Index that identifies each document described in paragraph 1 above that is being withheld in whole or in part and the statutory exemption claimed, and provide a particularized explanation of how disclosure of the particular document would damage the interest protected by the claimed exemption.

5. The <u>Vaughn</u> Index shall include an attestation under oath by Defendant that it has complied in good faith with all of the requirements of this Order and all of the specific requirements of FOIA, as amended by the FOIA Improvement Act of 2016.

_____
Fernando M. Olguin
United States District Judge

2

Presented by:

/s/ _____
Daniel Jacobs
CA Bar No. 295494
P.O. Box 5273
Los Angeles, CA 90296
AttorneyJacobs@twc.com
Telephone: (310) 338-7415
Facsimile: (310) 338-2843
*Attorney for Plaintiff Lawrence P. Kalbers*