Robert J. Giuffra, Jr. (*pro hac vice* forthcoming)
GiuffraR@sullcrom.com
Suhana S. Han (*pro hac vice* forthcoming)
HanS@sullcrom.com
Andrew J. Finn (*pro hac vice* forthcoming)
FinnA@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Laura Kabler Oswell (CSB No. 241281)
OswellL@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

*Attorneys for Proposed Intervenor Volkswagen AG*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　　　Defendant,<br><br>　　and,<br><br>VOLKSWAGEN AG,<br><br>　　　　　　　Proposed Intervenor. | Case No. 2:18-CV-08439-FMO (PJWx)<br><br>**NOTICE OF**<br>**MOTION TO INTERVENE**<br><br>Judge: Honorable Fernando M. Olguin<br>Courtroom: 6D, 6th Floor<br>Hearing Date: October 31, 2019<br>Hearing Time: 10:00 a.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 31, 2019 at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Fernando M. Olguin in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Volkswagen AG will move for an order pursuant to Federal Rule of Civil Procedure 24 permitting Volkswagen AG to intervene to oppose Plaintiff's action to compel disclosure of information pursuant to a Freedom of Information Act request.

This motion is based upon the accompanying declaration of Laura Kabler Oswell dated September 27, 2019, the accompanying memorandum of law, and accompanying proposed answer to Plaintiff Lawrence P. Kalbers's complaint.

This motion is made following conferences with counsel for the parties pursuant to L.R. 7-3.  Defendant's counsel has indicated it will not oppose intervention.  Counsel for Volkswagen AG conferred with counsel for Plaintiff on Friday, September 20, 2019 and followed up on September 23, 2019 and September 27, 2019.  Plaintiff appears to oppose the motion.

Dated:  September 27, 2019                    Respectfully Submitted,

/s/ *Laura Kabler Oswell*
Laura Kabler Oswell (CSB No. 241281)
OswellL@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Robert J. Giuffra, Jr.
GiuffraR@sullcrom.com
(*pro hac vice* forthcoming)
Suhana S. Han
HanS@sullcrom.com
(*pro hac vice* forthcoming)
Andrew J. Finn
FinnA@sullcrom.com
(*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP

125 Broad Street
New York, New York  10004
Tel: (212) 558-4000
Fax: (212) 558-3588

*Attorneys for Proposed Intervenor Volkswagen AG*

-3-

Sullivan & Cromwell LLP