# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Case No. CV 18-8439 FMO (PJWx)<br><br>**ORDER RE: APPOINTMENT OF SPECIAL MASTER** |

Having reviewed and considered the Special Master Affidavit (Dkt. 108), IT IS ORDERED THAT the Hon. Suzanne H. Segal (Ret.) of Signature Resolution is appointed as Special Master in this action pursuant to Rule 53(a) of the Federal Rules of Civil Procedure. The appointment is effective, <u>nunc pro tunc</u>, as of April 23, 2021. The parties and the Special Master shall comply with all the provisions set forth in the Court's Order of April 16, 2021.

Dated this 6th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge