## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>                                    Plaintiff(s)<br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>2:18-CV-8439-FMO (PJWx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Niewoehner, Christopher S.     of     STEPTOE & JOHNSON LLP
*Applicant's Name (Last Name, First Name & Middle Initial*                227 West Monroe Street, Suite 4700
(312) 577-1240          (312) 577-1370                                    Chicago, Illinois 60606
*Telephone Number*      *Fax Number*
cniewoehner@steptoe.com
*E-Mail Address*                                                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Volkswagen AG

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Ram, Ashwin J.                of     STEPTOE & JOHNSON LLP
*Designee's Name (Last Name, First Name & Middle Initial*                  633 West Fifth Street, Suite 1900
277513           (213) 439-9400       (213) 439-9599                       Los Angeles, California 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
aram@steptoe.com
*E-Mail Address*                                                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**
☐ **DENIED:**
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: September 20, 2021**                     /s/
                                                      **Fernando M. Olguin, U.S. District Judge**