# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE P. KALBERS,

Plaintiff(s)

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

Defendant(s).

CASE NUMBER

2:18-CV-8439-FMO (PJWx)

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Weinstein, Jason M.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 429-8061 — *Telephone Number*
(202) 429-3902 — *Fax Number*

jweinstein@steptoe.com
*E-Mail Address*

of

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Volkswagen AG

*Name(s) of Party(ies) Represent* ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Ram, Ashwin J.
*Designee's Name (Last Name, First Name & Middle Initial*

277513 — *Designee's Cal. Bar No.*
(213) 439-9400 — *Telephone Number*
(213) 439-9599 — *Fax Number*

aram@steptoe.com
*E-Mail Address*

of

STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ______
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 27, 2021**

/s/

**Fernando M. Olguin, U.S. District Judge**