1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE P. KALBERS, | No. CV 18-08439 FMO |
| Plaintiff, | |
| v. | ORDER CONTINUING THE HEARING ON PLAINTIFF'S MOTION TO EXPEDITE CONSIDERATION |
| UNITED STATES DEPARTMENT OF JUSTICE, | |
| Defendant. | Honorable Fernando Olguin United States District Judge |

The Court, having considered the Joint Stipulation to Continue Hearing on Plaintiff's Motion to Expedite Consideration (ECF 189); and Declaration of Alarice M. Medrano, and good cause appearing therefor, hereby ORDERS that:

The hearing on Plaintiff's Motion to Expedite Consideration, currently set for September 22, 2022, is continued to October 6, 2022, at 10:00 a.m.

DATED: September 7, 2022

Fernando M. Olguin
_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1