# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 2:18-CV-8439 FMO (PJWx)<br><br>**NOTICE OF LODGING OF PROPOSED SECOND AMENDED ORDER RE: SCHEDULE FOR PRODUCTION OF DOCUMENTS AND <u>VAUGHN</u> INDEX**<br><br>Honorable Fernando Olguin<br>United States District Judge<br><br>Honorable Suzanne Segal<br>Special Master |

In accordance with the Court's August 31, 2022 order (Dkt. 190) and the Special Master's September 1, 2022 email (Dkt. 196-1) directing the parties to jointly or individually submit proposed briefing schedule(s) on the items described in the Court's August 31 order, Volkswagen AG ("VW") respectfully submits as Exhibit A, attached hereto, a Proposed Second Amended Order Re: Schedule for Production of Documents and <u>Vaughn</u> Index.  The proposed schedule includes VW's prior proposed amendments submitted to the Special Master on December 20, 2021 and January 12, 2022.  (Dkts. 165-2, 175-3).

A document showing the Proposed Second Amended Order Re: Schedule for Production of Documents and <u>Vaughn</u> Index redlined against the current scheduling order in place (Dkt. 131) is attached hereto as Exhibit B.

| | | |
|---|---|---|
| 1 | Dated: September 28, 2022 | Respectfully submitted, |
| 2 | | /s/ *Andrew J. Finn* |
| 3 | | Andrew J. Finn (*pro hac vice*) |
| | | finna@sullcrom.com |
| 4 | | Robert J. Giuffra, Jr. (*pro hac vice*) |
| 5 | | giuffrar@sullcrom.com |
| | | Suhana S. Han (*pro hac vice*) |
| 6 | | hans@sullcrom.com |
| 7 | | SULLIVAN & CROMWELL LLP |
| | | 125 Broad Street |
| 8 | | New York, New York 10004 |
| 9 | | Telephone: (212) 558-4000 |
| | | Facsimile: (212) 558-3588 |
| 10 | | |
| 11 | | Michael H. Steinberg (CSB No. 134179) |
| | | steinbergm@sullcrom.com |
| 12 | | SULLIVAN & CROMWELL LLP |
| 13 | | 1888 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 14 | | Telephone: (310) 712-6600 |
| 15 | | Facsimile: (310) 712-8800 |
| 16 | | *Attorneys for Volkswagen AG* |