E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, United States
Department of Justice

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. CV 18-08439 FMO<br><br>DEFENDANT DOJ'S NOTICE OF JOINDER IN VW'S PROPOSED SECOND AMENDED ORDER RE: SCHEDULE; REQUEST FOR A HEARING; AND DECLARATION OF ALARICE M. MEDRANO<br><br>Before the Honorable Suzanne Segal (Ret.) Special Master |

PLEASE TAKE NOTICE that in accordance with the Special Master's September 1, 2022 email requesting revised proposed briefing schedules from the parties (ECF 196-1), and the District Court's August 31, 2022 Order (ECF 190), Defendant United States Department of Justice ("DOJ") hereby joins in the Proposed Second Amended Order Re: Schedule for Production of Documents and *Vaughn* Index, filed by Volkswagen ("VW") on September 28, 2022. *See* Notice of Lodging (ECF 198), Proposed Second Amended Order (Ex. A; ECF 198-1) and redline (Ex. B; ECF 198-2).

1

The Court's Order Re: Objections to Special Master's Report and Recommendation instructs that the Special Master shall: (1) direct the parties to address the governing law for determining whether the documents at issue are protected from disclosure under Rule 6(e); and (2) set a deadline for the United States to show via a revised *Vaughn* Index that the documents at issue are protected from disclosure under Rule 6(e), referencing *United States v. Dynavac, Inc.*, 6 F.3d 1407, 1412 (9th Cir. 1993). *See* August 31, 2022 Order (ECF 190).

The Special Master's email requests that the parties: (1) meet and confer by September 16, 2022 to establish a briefing schedule for the items described in the District Judge's August 31, 2022 order; and (2) submit a stipulation/proposed order or separate schedule/proposed order by September 28, 2022. *See* September 1, 2022 email (ECF 196-1).

DOJ interprets the Special Master's email and the Court's Order as seeking to integrate two new matters into the existing schedule before the Special Master. Accordingly, DOJ provided its input for a revised scheduling order to Plaintiff and VW via email on September 16, 2022. *See* attached Declaration of Alarice M. Medrano ("Medrano Decl."), ¶ 2. First, in regard to a schedule for further briefing on the Rule 6(e) issue, DOJ proposes that thirty (30) days from the issuance of the Special Master's new scheduling order, all parties file briefs that address: (a) the governing law; and (b) the applicability of the *Dynavac* standard; with responses ten (10) days later. *Id*. Second, in regard to the *Vaughn* index, DOJ proposes that fourteen (14) days after a decision is reached on the Petitions, which appears imminent based on the Court's Order (ECF 190), DOJ will file the revised *Vaughn* index incorporating the 6(e) information, along with the Supplemental Memorandum that the existing scheduling order (ECF 131) directs DOJ to file with the revised *Vaughn* index. *Id*.

On September 28, 2022, VW provided a Proposed Second Amended Order Re: Schedule for Production of Documents and *Vaughn* Index to the parties for consideration in regard to a stipulated filing. Medrano Decl., ¶ 3. DOJ responded that the proposed

amended schedule was acceptable. *Id*. Plaintiff did not respond. *Id*. As all parties are not in agreement, DOJ files the instant Notice joining in VW's Proposed Second Amended Order.

However, as Plaintiff's Revised Proposed Second Amended Order (ECF 193-1), filed September 2, 2022: (1) does not address the Court's direction that the parties "address the governing law;" and (2) no longer includes *any* reference to the Petitions or to a ruling on the Petitions, it does not appear consistent with either the Court's Order or the Special Master's email. If Plaintiff insists that this is the appropriate way to move forward, DOJ requests a hearing before the Special Master to resolve any issues before a Second Amended Scheduling Order is finalized.

Respectfully submitted,

Dated: September 28, 2022

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section, Civil Division

*/s/ Alarice M. Medrano*

ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, United States Department of Justice

<u>DECLARATION OF ALARICE M. MEDRANO</u>

I, Alarice M. Medrano, declare:

1. I am an Assistant United States Attorney for the Central District of California, and I am the attorney principally responsible for representing the Defendant DOJ in the case entitled: *Lawrence P. Kalbers v. United States Dep't of Justice*, CV 18-08439 FMO. I make this declaration based upon my personal knowledge and that gained by review of the official files and records of the United States Attorney's Office. If called as a witness and placed under oath, I could and would competently testify thereto.

2. On September 16, 2022, although all parties had indicated they were available for a telephonic meeting, we were not able to schedule a meeting. Although I was on leave that day, I did offer to make myself available for a meeting. The parties had also tried to meet earlier in the week, but Mr. Jacobs was unavailable. Accordingly, the parties shared their positions via email. I sent an email to counsel for Plaintiff and VW, with DOJ's contribution regarding a proposed briefing schedule. I informed the parties that DOJ interpreted the Special Master's email and the Court's Order as seeking to integrate two new matters into the existing schedule before the Special Master, and proposed dates as set forth in this Notice.

3. On September 28, 2022, via email, counsel for VW provided a Proposed Second Amended Order Re: Schedule for Production of Documents and *Vaughn* Index to the parties for consideration in regard to a stipulated filing. I responded on behalf of DOJ and confirmed that the proposed amended schedule appears compatible with DOJ's proposal and indicated that DOJ would be willing to stipulate to this schedule. Plaintiff did not respond to the email.

I declare under penalty of perjury that the above is true and correct. Executed this 28th day of September 2022, at Los Angeles, California.

*/s/ Alarice M. Medrano*
_____
ALARICE M. MEDRANO

4