E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, United States
Department of Justice

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant,<br><br>VOLKSWAGEN AG,<br><br>    Intervenor. | No. 2:18-cv-08439-FMO-PJW<br><br>REQUEST TO SPECIAL MASTER FOR CLARIFICATION THAT THE PARTIES HAVE 21 DAYS TO FILE OBJECTIONS, CONSISTENT WITH THE COURT'S PRIOR ORDERS AND RULE 53<br><br><br>Hon. Suzanne H. Segal (Ret.)<br>Special Master |

On November 28, 2023, the Special Master issued a Revised Report and Recommendation Re: Defendant's Petitions Re: Grand Jury Material Sought in FOIA Litigation (Dkt. 253-1) ("Revised R&R"). Therein, the Special Master stated that objections to this Revised R&R are due within fourteen (14) days, or December 12, 2023. See Dkt. 253-1, at 1-2.

The 14-day objection deadline set forth in the Revised R&R conflicts with the

1

1  Special Master's prior Order Re: Objections to R&R (Dkt. 152), the existing Scheduling
2  Order (Dkt. 204-1), the prior Stipulation of the parties (Dkt. 230) and District Court
3  Order adopting it (Dkt. 231), and Federal Rule of Civil Procedure 53(f)(2), all of which
4  mandate a 21-day deadline for objections to a report and recommendation. *See generally*
5  Wright & Miller, 9C Fed. Prac. & Proc. Civ. § 2612 (3d ed. Apr. 2023 update) (citing
6  2003 Advisory Committee report, which explained that the 2003 amendment of Rule
7  53(f)(2) "lengthens the time period in which parties may object to a master's report to
8  twenty-one days" in order "to permit thorough study and response to a master's report
9  dealing with complex matters").

        A.    <u>Special Master's Order Re: Objections to R&R (Dkt. 152)</u>

Under the Order re: Appointment of Special Master, the District Court addressed the procedures for challenging "any order, decision or recommendation issued by the Special Master" through a motion for review, to be filed within 14 calendar days from the challenged order, decision and/or recommendation. (Dkt. 107 at 6.)

The Special Master later clarified that this motion for review process applied only to challenges to "a final 'decision' or 'ruling' of the Special Master," while objections to a Report and Recommendation of the Special Master are governed by Fed. R. Civ. P. 53(f)(2), which allows 21 days for such objections. *See* Dkt. 156-1 (Order Amending First Amended Order Re Schedule, Etc., and Setting Deadlines for Objections to Report and Recommendation, or "Order re: Objections to R&R"), at 2-3. On November 16, 2021, after the first Report and Recommendation (Dkt. 152), the Special Master met with the parties to discuss procedures for objections and motions for review and issued the Order re: Objections to R&R. *See* Dkt. 156-1. The Special Master found that the Report and Recommendation was "a recommendation to the District Judge, subject to parties' Objections, as contemplated in FRCP 53(e), 'Master's Reports' and (f) 'Action on the Master's Order, Report, or Recommendations,'" noting that FRCP 53(f)(2) includes a 21-day deadline. *See id.* at 2-3 (finding that Court "did not intend [to] contradict[] FRCP 53(f)(2), which provides time for parties to object to a Report and

Recommendation of a Special Master").

B. <u>Second Amended Scheduling Order (Dkt. 204-1)</u>

Further, on October 17, 2022, the Special Master issued the operative Second Amended Order Re: Schedule for Production of Documents and *Vaughn* Index (Dkt. 204-1). Therein, the Special Master set the following schedule:

- WITHIN 21 DAYS OF THE SPECIAL MASTER'S REPORT AND RECOMMENDATION: *A party may file objections to – or a motion to adopt or modify – the Special Master's report and recommendation, as consistent with Rule 53(f)(3)*.

- WITHIN 14 DAYS OF ANY OBJECTION TO OR MOTION TO ADOPT OR MODIFY THE REPORT AND RECOMMENDATION: A party may file a response to any objection or motion to adopt or modify the report and recommendation.

(Emphasis added). Plaintiff filed a Motion for Review of the Second Amended Order Re: Schedule (Dkt. 208), but the Court denied that motion (Dkt. 223).

C. <u>The Parties' Stipulation (Dkt. 230) and District Court's Order (Dkt. 231)</u>

On March 16, 2023, the parties filed a Stipulation stating: "Counsel for the parties have conferred and, in order to avoid duplicative briefing and promote judicial efficiency, the parties hereby stipulate that all objections to the March 6, 2023 Special Master Order [which required further development of the record] are preserved until 21-days after the filing of the Special Master's Report and Recommendation regarding Defendant's Petitions Regarding Grand Jury Material Sought in FOIA Litigation (Dkt. 111-1). This proposed deadline is *consistent with the timeframe for objections to that Report and Recommendation* provided in the Second Amended Order Re: Schedule for Production of Documents and *Vaughn* Index (Dkt. 204-1)." Dkt. 230 (emphasis added).

D. <u>Request for Confirmation of 21-Day Deadline for Objections</u>

Accordingly, consistent with Rule 53(f)(2) and the prior orders of both the Special Master and the Court, Defendant requests that the Special Master allow the parties 21

1  days from the date of the Revised R&R to file any objections. Defendant notes that, as
2  contemplated by FRCP 53(f)(2) and those prior orders, the 21-day period is needed to
3  address the important and complex matters at issue in the Revised R&R, particularly in
4  light of the need to consult with various interested components within the Department of
5  Justice.

Dated: December 8, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Alarice M. Medrano*

ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, United States Department of Justice