E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov

Attorneys for Defendant, United States
Department of Justice

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LAWRENCE P. KALBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 2:18-cv-08439-FMO-PJW<br><br>NOTICE OF FILING SPECIAL MASTER'S ORDER EXTENDING TIME FOR OBJECTIONS TO 21 DAYS FROM DATE OF REPORT AND RECOMMENDATION AND EXTENDING TIME FOR RESPONSE TO OBJECTIONS<br><br>Honorable Fernando M. Olguin<br>United States District Judge<br><br>Honorable Suzanne H. Segal (Ret.)<br>Special Master |

PLEASE TAKE NOTICE that in accordance with the Special Master's instructions, Defendant United States Department of Justice hereby files the attached

\\\

\\\

\\\

1

"Order Extending Time for Objections to 21 Days from Date of Report and Recommendation and Extending Time for Response to Objections."

Dated: December 8, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Alarice M. Medrano*

ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, United States Department of Justice